**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

DESSIE HANDY                                                                                      PLAINTIFF

V                                                                        CIVIL ACTION NO: 4:08CV128-DPJ-JCS

PIONEER INC. AUTOMOTIVE PRODUCTS                                              DEFENDANT


**JUDGMENT OF DISMISSAL WITH PREJUDICE**


THIS CAUSE comes before the Court on the request <u>ore</u> <u>tenus</u> of the plaintiff that the

action be dismissed with prejudice and final judgment entered.  Being advised and finding that

all claims against the Defendant have been resolved through compromise settlement, the Court

finds this action should be dismissed.  It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice.

Each party shall bear her/its own costs (including attorney's fees).

**SO ORDERED AND ADJUDGED** this the 22th day of October, 2009.


                                                                  <u>s/ *Daniel P. Jordan III*</u>
                                                                  UNITED STATES DISTRICT JUDGE



**AGREED**:

<u>/s/Jonathan B. Fairbank</u>
Jonathan B. Fairbank (MSB #5119)
Attorney for Plaintiff


<u>/s/Lee Thaggard</u>
Lee Thaggard (MSB #9442)
Attorney for Defendants

<span style="font-size:smaller">G:\JORDAN\Drafts\CH4-08cv128 Handy v. Pioneer Inc. Automotive (Judgment of dismissal).wpd</span>